Jason Harrow
(Cal. Bar No. 308560)
Gerstein Harrow LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*Pro hac vice application forthcoming*)
Gerstein Harrow LLP
611 Pennsylvania Ave SE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

Chris Williams
Sheila Maddali
Ryan H. Nelson (appearing *pro hac vice*)
National Legal Advocacy Network
1 N LaSalle St., Suite 1275
Chicago, IL 60602

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ONE FAIR WAGE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>DARDEN RESTAURANTS, INC.,<br><br>        Defendant. | Case No. 3:21-cv-2695<br>The Hon. Edward M. Chen<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A SURREPLY BRIEF AND OBJECTION TO REPLY EVIDENCE**<br><br>[*Filed concurrently with Plaintiff's Proposed Surreply Brief and Proposed Order*]<br><br>Hearing Date: August 26, 2021<br><br>Time: 1:30 p.m.<br><br>Ctrm.: G – 15th Floor<br><br>Complaint Filed: April 15, 2021 |

## APPLICATION FOR LEAVE TO FILE SURREPLY AND OBJECTION TO REPLY EVIDENCE

Defendant Darden Restaurants, Inc., raises two new arguments in its Consolidated Reply Brief in Support of its Motions to Dismiss. (ECF No. 22 at 8–9.) Plaintiff One Fair Wage, Inc. ("OFW") thus requests leave, pursuant to Civil Local Rule 7–3, to file the attached short proposed Surreply Brief, solely for the purpose of explaining why Darden has waived these two arguments and why the arguments are nonetheless without merit. *See, e.g.*, *Banks v. Cty. of San Mateo*, No. 16-cv-4455, 2017 WL 3434113, at *1 n.3 (N.D. Cal. Aug. 10, 2017) (granting leave to file surreply to address new arguments on reply); *GT Nexus, Inc. v. Inttra, Inc.*, No. 11-cv-2145, 2014 WL 3373088, at *1 (N.D. Cal. July 9, 2014) (same).

Darden also introduces new evidence in its Reply Brief that it did not introduce in any of its initial motions to dismiss. (ECF No. 23 at Ex. A, B.) Pursuant to Civil Local Rule 7–3(d)(1), OFW hereby objects to, and moves to strike, this reply evidence because it constitutes improper "new evidence" that should not have been introduced for the first time in the Reply Brief. *See Willner v. Manpower Inc.*, No. 11-cv-2846, 2013 WL 3339443, at *3 (N.D. Cal. July 1, 2013) (disregarding evidence first introduced in a reply). In the alternative, if this Court concludes that Darden's arguments are not waived and that this evidence was properly introduced in the Reply Brief, OFW requests that this Court at very least delay resolution of the matter to permit OFW to introduce its own rebuttal evidence and file a more detailed surreply brief.

**Defendant's position.** On August 11, 2021, Plaintiff's counsel contacted Defendant's counsel to notify them of this application and inquire whether Defendant would oppose the request to file a surreply brief. Defendant responded on August 12 that it opposes Plaintiff's request. To aid in the Court's consideration

of this request, the full email exchange of August 11–12 is included as an attachment to this Application.

Respectfully submitted,

*/s/ Jason Harrow*
Jason Harrow
(Cal. Bar No. 308560)
Gerstein Harrow LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*Pro hac vice application forthcoming*)
Gerstein Harrow LLP
611 Pennsylvania Ave SE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

Chris Williams
Sheila Maddali
Ryan H. Nelson (appearing *pro hac vice*)
National Legal Advocacy Network
1 N LaSalle St., Suite 1275
Chicago, IL 60602

*Attorneys for Plaintiff*