Jason Harrow
(Cal. Bar No. 308560)
Gerstein Harrow LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*Pro hac vice application forthcoming*)
Gerstein Harrow LLP
611 Pennsylvania Ave SE, No. 317
Washington, DC 20003
charlie@gerstein-harrow.com
(202) 670-4809

Chris Williams
Sheila Maddali
Ryan H. Nelson (*pro hac vice*)
National Legal Advocacy Network
1 N LaSalle St., Suite 1275
Chicago, IL 60602

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ONE FAIR WAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DARDEN RESTAURANTS, INC., <br><br> Defendant. | Case No. 3:21-cv-2695-EMC <br> The Hon. Edward M. Chen <br><br> **[PROPOSED] ORDER GRANTING APPLICATION TO FILE A SURREPLY** <br><br> *[Filed concurrently with the Application and Proposed Surreply Brief]* <br><br> Hearing Date: August 26, 2021 <br><br> Time: 1:30 p.m. <br><br> Ctrm.: G – 15th Floor <br><br> Complaint Filed: April 15, 2021 |

**[PROPOSED] ORDER**

For good cause, Plaintiff One Fair Wage, Inc.'s ("OFW") request to file a surreply brief is GRANTED and the proposed surreply brief is accepted for filing.

IT IS SO ORDERED.

Dated: _____     _____

Hon. Edward M. Chen

Judge of the United States District Court