UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE FAIR WAGE, INC., <br> Plaintiff, <br> v. <br> DARDEN RESTAURANTS INC., <br> Defendant. | Case No. 21-cv-02695-EMC <br><br> **JUDGMENT** <br> Re: Dkt. No. 30 |

On September 14, 2021, the Court granted motions to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 14, 2021

_____
EDWARD M. CHEN
United States District Judge