UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE FAIR WAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARDEN RESTAURANTS INC., <br><br> Defendant. | Case No. 21-cv-02695-EMC <br><br> **JUDGMENT** |

On April 24, 2024, the Court denied Plaintiff's Motion for Leave to File Motion for Reconsideration. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 30, 2024

_____
EDWARD M. CHEN
United States District Judge